No. 64. Ex parte Picornell, Notario Público.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 2107 otorgada por dicha compañía el 6 de enero de 1913 para garantir las funciones notariales del abogado Don Salvador Picornell. Resuelto en septiembre 28, 1914. Se da por terminada dicha fianza notarial a partir del 25 de noviembre de 1914. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.

----

No. 67. Ex parte Vallecíllo, Notario Público.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 3263 otorgada por dicha compañía el 13 de junio de 1913 para garantir las funciones notariales del abogado Don Francisco Vallecillo. Se da por terminada dicha fianza a partir del 1º. de diciembre de 1914. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.